UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TIMMON T. HARDIN,

        Plaintiff,

v.

UNKNOWN PART(Y)(IES),

        Defendant.
_____/

Case No. 1:22-cv-223

Honorable Ray Kent

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  April 1, 2022

/s/ Ray Kent
Ray Kent
United States Magistrate Judge